CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
STUART C. PLUNKETT (CABN 187971)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7332
FAX: (415) 436-6748
Stuart.plunkett@usdoj.gov

Attorneys for Defendants Todd Blanche and
United States Department of Justice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FLORENCE CHAMBERLIN,<br><br>Plaintiff,<br><br>v.<br><br>TODD BLANCHE, Acting Attorney General U.S. Department of Justice,<br><br>and<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendants. | Case No. 4:26-cv-04390-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** (as modified) |

Plaintiff Florence Chamberlin ("Plaintiff") and Defendants Todd Blanche and United States Department of Justice ("Defendants"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on May 12, 2026, Plaintiff filed her complaint in this action (ECF No. 1);

WHEREAS, the complaint and summons were served on the United States Attorney's Office for the Northern District of California on May 26, 2026, and Defendants' deadline to respond to the complaint was July 27, 2026;

WHEREAS, the Parties agreed to extend Defendants' time to respond to the complaint by 30 days to August 26, 2026;

WHEREAS, Defendants intend to file a motion to dismiss the Amended Complaint on August 26, 2026;

WHEREAS, the Initial Case Management Conference is currently scheduled on August 11, 2026, prior to the date of Defendants' responsive pleading;

WHEREAS, the parties have met and conferred and agreed, for reasons of judicial economy, to move the date of the Initial Case Management Conference to occur approximately 90 days after the filing of Defendants' motion to dismiss so that the scope of any specific claims and defenses in this matter are settled prior to making any disclosures and discussing a discovery plan;

Subject to approval of the Court, IT IS HEREBY STIPULATED, by the parties to this action, through their counsel of record, that the Initial Case Management Conference shall be extended to approximately 90 days after the responsive pleading deadline, or on November 24, 2026, at 2:00 p.m.

**IT IS SO STIPULATED**

DATED: July 29, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Stuart C. Plunkett*
STUART C. PLUNKETT
Assistant United States Attorney

Attorneys for Defendants

DATED: July 29, 2026

GILBERT EMPLOYMENT LAW, P.C.

*/s/ Geoffery Simpson*
GEOFFERY SIMPSON

PETER BERTLING LAW GROUP
Peter Bertline

WASHINGTON LITIGATION GROUP
Nathaniel Zelinsky

Attorneys for Plaintiffs

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(1), I, Stuart C. Plunkett, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

*/s/ Stuart C. Plunkett*
STUART C. PLUNKETT

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED that:

1. The Initial Case Management Conference shall be vacated.
2. The Initial Case Management Conference shall occur on November 24, 2026, at 2:00 p.m. via zoom. The zoom information and instructions remain the same as previously provided in docket no. 11.

DATED: 7/30/2026

Haywood S. Gill Jr.

Hon. Haywood S. Gilliam, Jr.
United States District Judge