PETER BERLING CA Bar No. 131602
Email: peter@bertlinglawgroup.com
Peter Bertling Law Group
21 East Canon Perdido St., Suite 204B
Santa Barbara, CA 93101
Telephone: 844.295.7558

GEOFFREY SIMPSON (*pro hac vice*)
gsimpson-efile@gelawyer.com
Gilbert Employment Law, P.C.
8403 Colesville Rd., Suite 1000
Silver Spring, MD 20910
Telephone: 301.608.0880

NATHANIEL ZELINSKY (*pro hac vice forthcoming*)
nzelinsky@washingtonlitigationgroup.org
Washington Litigation Group
1717 K St. NW, Suite 1120
Washington, DC 20006
Telephone: 202.521.8764
*Attorneys for Plaintiff Florence Chamberlin*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **FLORENCE CHAMBERLIN,**<br><br>v.<br><br>**TODD BLANCHE,**<br><br>Attorney General<br>U.S. Department of Justice<br>and<br><br>**U.S. DEPARTMENT OF JUSTICE.** | Case No. 4:26-cv-04390-HSG<br><br>**STIPULATION TO AMEND COMPLAINT (as modified)** |

Plaintiff, Florence Chamberlin ("Plaintiff") and Defendants Todd Blanche and United States Department of Justice ("Defendants"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on September 29, 2026, Plaintiff filed her Consent Motion to Amend

Complaint in response to the Defendant's Motion to Dismiss pursuant to Fed. R. Civ. Proc. Rule 15(a)(1)(B) and with the opposing party's consent pursuant to Fed. R. of Civ. Proc. Rule 15(a)(2) (ECF No. 31);

WHEREAS, on October 1, 2026, Plaintiff's Consent Motion to Amend Complaint was denied because it is not signed by defense counsel (ECF No. 32).

NOW THEREFORE, Plaintiff files her Amended Complaint with Defendant's written consent pursuant to Fed. R. of Civ. Proc. Rule 15(a)(2) and IT IS HEREBY STIPULATED, by the parties to this action, through their counsel of record, that Plaintiff's Attached Amended Complaint is filed *nunc pro tunc* as of September 29, 2026.

Plaintiff's First Amended Complaint is attached hereto as Exhibit 1, and the red-lined version as Exhibit 2.

Dated: October 1, 2026

Respectfully Submitted,

*/s/ Geoffrey H. Simpson*
GEOFFREY H. SIMPSON
GILBERT EMPLOYMENT LAW, P.C.

PETER BERTLING LAW GROUP
Peter Bertling

WASHINGTON LITIGATION GROUP
Nathaniel Zelinsky

*Attorneys for Plaintiff*

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Stuart C. Plunkett*
STUART PLUNKETT
Assistant United States Attorney

Attorneys for Defendants

**ECF ATTESTATION**

In accordance with Civil local Rule 5-1(i)(1), I, Geoffrey H. Simpson, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

*/s/ Geoffrey H. Simpson*
GEOFFREY H. SIMPSON

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED that:

1. Counsel is directed to e-file the amended complaint on the docket as a stand-alone document forthwith.

DATED: 10/2/2026

Haywood S. Gilliam, Jr.
Hon. Haywood S. Gilliam, Jr.
United States District Judge